4651

| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | Serial Number 463195408 | For Optional Use by Recording Office MC 08 - 00046 | |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer  IKUO YOSHIZAWA

Residence  PO BOX 503348
SAIPAN, MP 96950-3348

FILED
Clerk
District Court

AUG 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 6672 | 06/30/2001 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 981.36 |
| 6672 | 09/30/2001 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1704.82 |
| 6672 | 12/31/2001 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1822.83 |
| 6672 | 03/31/2002 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1425.06 |
| 6672 | 06/30/2002 | XXX-XX-0107 | 06/23/2006 | 07/23/2016 | |
| 6672 | 06/30/2002 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1801.78 |
| 6672 | 09/30/2002 | XXX-XX-0107 | 06/23/2006 | 07/23/2016 | |
| 6672 | 09/30/2002 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1341.84 |
| 6672 | 12/31/2002 | XXX-XX-0107 | 06/23/2006 | 07/23/2016 | |
| 6672 | 12/31/2002 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1362.55 |
| 6672 | 03/31/2003 | XXX-XX-0107 | 06/23/2006 | 07/23/2016 | |
| 6672 | 03/31/2003 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 2158.76 |
| 6672 | 06/30/2003 | XXX-XX-0107 | 06/23/2006 | 07/23/2016 | |
| 6672 | 06/30/2003 | XXX-XX-0107 | 09/03/2007 | 10/03/2017 | 1593.33 |

Place of Filing
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total  $  14192.33

This notice was prepared and signed at _____INTERNATIONAL, PR_____ , on this,

the ___11th___ day of ___August___ , __2008__ .

Signature  R. A. Mitchell
for L TULER

Title
REVENUE OFFICER
(949) 389-4555

35-02-2021

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X